UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Kevin Phalen,<br><br>    Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.,<br><br>    Defendant. | Case No. 2:16-cv-00849-LA<br><br>Honorable Lynn Adelman<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action without prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| Hyslip & Taylor, LLC, LPA | Assurance Law Group, P.A. |
|---|---|
| By: */s/ David M. Menditto*<br>David M. Menditto, Esq.<br>Illinois Bar No. 6216541<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL 60608<br>Phone: 312-380-6110<br>Fax: 312-361-3509<br>Email: davidm@fairdebt411.com<br>*Attorney for Plaintiff*<br>Date: October 12, 2016 | By: */s/ Alison N. Emery*<br>Alison N. Emery, Esq.<br>Florida Bar No. 0621641<br>3731 Hendricks Avenue<br>Jacksonville, FL 32207<br>Phone: 904-497-4904<br>Fax: 904-458-8979<br>Email: alison@assurancelawgroup.com<br>*Attorney for Defendant*<br>Date: October 12, 2016 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Alison N. Emery, Esq.
Assurance Law Group, P.A.
3731 Hendricks Avenue
Jacksonville, FL  32207

Counsel for Defendant

*/s/ David M. Menditto*